# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00282-CV

**E. E., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### NO. 299,334-B, THE HONORABLE JACK WELDON JONES, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant E. E. filed her notice of appeal on June 15, 2021. The appellate record was complete on June 25, 2021, making appellant's brief due on July 15, 2021. On July 15, 2021, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Natalie N. Fowler to file appellant's brief no later than August 4, 2021. If the brief is not filed by that date, Ms. Fowler may be required to show cause why she should not be held in contempt of court.

It is ordered on July 20, 2021.

Before Justices Goodwin, Baker, and Smith